ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Sidtek LLC ) ASBCA No. 61928
)
Under Contract No. GS-35-F-0729P, )
P.O. W912NW-12-F-0028)

APPEARANCES FOR THE APPELLANT: Armani Vadiee, Esq.
Zachary D. Prince, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ Ronald M. Herrmann, JA
  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 24, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61928, Appeal of Sidtek LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals